IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)

| | |
|---|---|
| BRENT M. SPITZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20cv68 |
| ) | |
| GABRIEL GARCIA, individually and d/b/a ) | |
| QUALITY FREIGHT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff Brent Spitzer, by counsel, moves for the entry of an Order of enforcement of a settlement reached in this case, and respectfully states as follows:

1. On Monday January 10, 2022, the parties, with counsel, attended a settlement conference mediated by the Honorable Judge Joel Hoppe.

2. After numerous back and forth negotiations, and the guidance of Judge Hoppe, the Defendants expressed their respective joint final settlement offer. The offer was said to stay open for the rest of the week.

3. The offer was accepted by email the following day January 11, 2022, with confirming emails from counsel for all Defendants.

4. As of the date of this motion, and despite numerous email and telephonic reminders from the undersigned counsel for the Plaintiff, the Defendants have incredibly apparently REFUSED to tender the settlement proceeds.

5. It has been more than 6 WEEKS since the confirmation of settlement, and there does not appear to be any resolution at work.

WHEREFORE, the Plaintiff moves for the entry of an ORDER requiring immediate payment of the settlement amount, and for the recovery of interest at the legal rate from the date of settlement.

Respectfully submitted,

**BRENT M. SPITZER**
By Counsel

COUNSEL:

/s/ JOHN P. CATTANO
John P. Cattano, Esq., VSB #29379
Christopher L. Smith, Esq., VSB #71463
CENTRAL VIRGINIA LITIGATION, PLC
One Boar's Head Lane
Charlottesville, VA 22903
434/984-5550  434/984-5055 fax
john@centralvalitigation.com
chris@centralvalitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served, via e-mail this 25th day of February, 2022, upon:

> Lindsey A. Lewis, Esq., VSB #73141
> FRANKLIN & PROKOPIK, P.C.
> 5516 Falmouth Street, Suite 203
> Richmond, VA 23230
> 804/932-1996  804/403-6007 (fax)
> llewis@fandpnet.com
> *Counsel for Gabriel Garcia and*
> *Rose Transportation, Inc.*
>
> G. Christopher Jones, Jr., Esq., VSB #82260
> SINNOTT, NUCKOLS & LOGAN, P.C.
> 13811 Village Mill Drive
> Midlothian, Virginia 23114
> 804/893-3864  804/378-2610 (fax)
> cjones@snllaw.com
> *Counsel for Chemung Contracting Corporation*

>> /s/ JOHN P. CATTANO
>> John P. Cattano
>> Christopher L. Smith

S:\Josh\ACTIVE FILES I\ACTIVE FILES\SPITZER, BRENT - PERSONAL INJURY\P's Motion to Enforce Settlement Agreement.docx